AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   Ohio

Derrick Hollon

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   C-1-01-778

Village of South Lebanon, Ohio

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendant's motion for summary judgment is **GRANTED**.

August 8, 2003 Nunc Pro Tunc                                  Kenneth J. Murphy, Jr., Clerk
Date                                                          Clerk

                                                              (By) Deputy Clerk